984 So.2d 476 (2007)
STATE of Alabama
v.
Ted Randal RICHARDSON.
CR-06-1239.
Court of Criminal Appeals of Alabama.
November 2, 2007.
Troy King, atty. gen., and Marc Bass, asst. atty. gen., for appellant.
*477 Arthur J. Madden III, Mobile, for appellee.
SHAW, Judge.
AFFIRMED BY UNPUBLISHED MEMORANDUM.
McMILLAN, WISE, and WELCH, JJ., concur.
BASCHAB, P.J. dissents, with opinion.
BASCHAB, Presiding Judge, dissenting.
I respectfully dissent for the reasons set forth in my dissent in State v. Clemons, [Ms. CR-05-1950, November 2, 2007] ___ So.2d ___ (Ala.Crim.App.2007).